STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. BENJAMIN CHARLES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. David Baime* for the respondent.

February 25, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. WILLIAM F. LAYTON, DEFENDANT-PETITIONER.

See same case below: 103 *N. J. Super.* 470.

*Mr. Ernest S. Glickman* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Gerald Patrick Higham* for the respondent.

February 25, 1969. Denied.

MARY EVELYN ROBERTS, PLAINTIFF-RESPONDENT, v. ALL AMERICAN ENGINEERING CO., RESPONDENT-PETITIONER.

See same case below: 104 *N. J. Super.* 1.

*Messrs. Freeman & Freeman* for the petitioner.

*Messrs. Pellettieri & Rabstein* and *Mr. Charles J. Casale, Jr.* for the respondent.

February 25, 1969. Denied.